THE STATE OF OHIO, APPELLEE, *v.* ROPER, APPELLANT.

[Cite as *State v. Roper*, 143 Ohio St.3d 419, 2015-Ohio-3379.]

(No. 2014–2204—Submitted August 11, 2015—Decided August 25, 2015.)

{¶ 1} The judgment of the court of appeals is reversed and the trial court's order is vacated on the authority of *State v. Anderson*, 143 Ohio St.3d 173, 2015-Ohio-2089, 35 N.E.3d 512.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

Sherri Bevan Walsh, Summit County Prosecuting Attorney, and Heaven Di-Martino, Assistant Prosecuting Attorney, for appellee.

The Law Office of Donald Gallick, L.L.C., and Donald Gallick, for appellant.